IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN II, H77636,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>DOROTHY DOWILLIAMS, et al.,<br><br>　　　　Defendant(s). | No. C 16-3279 CRB (PR)<br><br>ORDER OF TRANSFER |

  Plaintiff, a prisoner at the California Health Care Facility in Stockton (CHCF), has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care and other wrongdoing at CHCF. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 22, 2016

　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.16\Griffin, C.16-3279.transfer.wpd